UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In Re Mzia Gelovani

          Debtors.

Chapter 13
Case No: 17-40258
CHAPTER 13 PLAN

-------------------------------------------------------------------X

1. Plan Funding: The future earnings of the Debtor are submitted to the supervision and control of the Trustee and the Debtor shall pay to the Trustee for a total of 60 months, payments as follows:
$1200.00 for a period of 60 months from February 2017 through January 2021.

2. Manner of Payment: From the payments so received, the Trustee shall make disbursements as follows:

a. Payment to holders of priority claims. Full payment in deferred cash payments of all claims entitled to priority under Title 11 U.S.C. Section 507(a)(1) and (a)(8), including the Chapter 13 Trustee's commissions, any claims of the state and federal taxing authorities as an administrative expense under the plan. Balance of unpaid base legal fees of $3000.00 to be paid as administrative claim, with an administrative proof of claim to be filed by Debtor's counsel. Any and all additional legal fees awarded per court order after proper application to the court, shall also be paid as priority claim.

b. All holders of allowed secured claims shall retain the liens securing such claims and shall be paid the following pre-petition arrears over the term of this plan:

<u>Secured Creditor &</u>
<u>Property Description</u>
(DISPUTED CREDITOR)
Deutsche Bank National Trust Company, As Trustee
On Behalf of HSI Asset Securitization Corporation Trust 2007-NC1
c/o Select Portfolio Servicing
3217 South Decker Lake Drive
Salt Lake City, UT 84119

Property Description:
1816 Avenue W
Brooklyn NY 11229

Pre-Petition Debt: DISPUTED $60,000.00

c. Subsequent and/or concurrently with distribution to secured creditors, dividends to unsecured creditors whose claims are dully allowed as follows: PRO RATA
ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO,
VEHICLE PAYMENTS AND INCOME TAXES, TO BE MADE OUTISDE THE PLAN BY THE DEBTORS.

ALL POST-PETITION MORTGAGE PAYMENTS OF $3000 PER MONTH COMMENCING FEBRUARY 2017, TO BE HELD IN ECROW PENDING JUDICIAL DETERMINATION AS TO IDENTITY OF REAL PARTY IN INTEREST, NATURE AND EXTENT OF MORTGAGE LIEN (IF ANY) AND AMOUNT OF DEBT OWED (IF ANY).

3. All Executory Contracts are hereby assumed, unless specifically rejected as follows: NONE

4. Title to the Debtors' property shall revest in the Debtors upon completion of the plan or dismissal of the case pursuant to 11 U.S.C. Section 350 unless otherwise provided in the Order confirming this plan. Throughout the term of this plan, the Debtors will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 Trustee or the Court.

5. During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2(c) less than one hundred percent (100%), the Debtors shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds for 2016, 2017, 2018 and 2019 are to be paid to the Trustee upon receipt; however no later than June 15th of the year in which the tax returns are filed.

6. VARYING PROVISION: NONE

Dated: February 6, 2017

/s/ Mzia Gelovni
Chapter 13 Debtor


/s/Linda M Tirelli
Linda M Tirelli, Esq.
Attorney for Debtor