**Home Health Care Service of NY Inc.**
1650 Coney Island Ave.
Brooklyn, NY 11230
(718) 336-7110

| MZIA GELOVANI | | Check Number | 209017 |
|---|---|---|---|
| Emp Id | 32214 | Check Date | 12/09/16 |
| Hire Date | 06/16/16 | Period Begin | 11/26/16 |
| | | Period End | 12/02/16 |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 21.00 | 10.00 | 210.00 | 4,190.00 |
| Overtime | 0.00 | | 0.00 | 290.00 |
| OT Premium | 0.00 | | 0.00 | 145.00 |
| | 21.00 | | 210.00 | 4,625.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-2 | 210.00 | 0.00 | 285.42 |
| OASDI | | 210.00 | 13.02 | 286.75 |
| Medicare | | 210.00 | 3.04 | 67.06 |
| New York SITW | M-2 | 210.00 | 0.78 | 62.35 |
| NY Disability - EE | | 210.00 | 0.60 | 12.00 |
| New York, NY (Res) | M-2 | 210.00 | 1.25 | 45.67 |
| | | | 18.69 | 759.25 |

### Payment Summary for Check 209017

| | |
|---|---|
| Total Gross Pay | 210.00 |
| Federal Taxes | -16.06 |
| State and Local Taxes | -2.63 |
| Other Deductions | 0.00 |
| Net Pay | 191.31 |
| Direct Deposits | 0.00 |
| Net Check | 191.31 |

| Time Punches | In | Out | Tot |
|---|---|---|---|
| Sat 11/26 | 07:15AM | 02:30PM | 07.00 |
| Sun 11/27 | 07:15AM | 02:30PM | 07.00 |
| Fri 12/02 | 07:15AM | 02:30PM | 07.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼



Home Healthcare Services of NY Inc.
1650 Coney Island Ave.
Brooklyn, NY 11230

02 1P    $ 00(
0000836046    DEC 08
MAILED FROM ZIP CODE 1

3919 32214 209017 1681

**MZIA GELOVANI**
1816 AVE W
BROOKLYN, NY 11229

11229-470216

**Home Health Care Service of NY Inc.**
1650 Coney Island Ave.
Brooklyn, NY 11230
(718) 336-7110

| MZIA GELOVANI | | Check Number | 209374 |
|---|---|---|---|
| Emp Id | 32214 | Check Date | 12/16/16 |
| Hire Date | 06/16/16 | Period Begin | 12/03/16 |
| | | Period End | 12/09/16 |

## Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 21.00 | 10.00 | 210.00 | 4,400.00 |
| Overtime | 0.00 | | 0.00 | 290.00 |
| OT Premium | 0.00 | | 0.00 | 145.00 |
| | 21.00 | | 210.00 | 4,835.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-2 | 210.00 | 0.00 | 285.42 |
| OASDI | | 210.00 | 13.02 | 299.77 |
| Medicare | | 210.00 | 3.05 | 70.11 |
| New York SITW | M-2 | 210.00 | 0.78 | 63.13 |
| NY Disability - EE | | 210.00 | 0.60 | 12.60 |
| New York, NY (Res) | M-2 | 210.00 | 1.25 | 46.92 |
| | | | 18.70 | 777.95 |

## Payment Summary for Check 209374

| | |
|---|---|
| Total Gross Pay | 210.00 |
| Federal Taxes | -16.07 |
| State and Local Taxes | -2.63 |
| Other Deductions | 0.00 |
| Net Pay | 191.30 |
| Direct Deposits | 0.00 |
| Net Check | 191.30 |

| Time Punches | In | Out | Tot |
|---|---|---|---|
| Sat 12/03 | 07:15AM | 02:30PM | 07.00 |
| Sun 12/04 | 07:15AM | 02:30PM | 07.00 |
| Fri 12/09 | 07:15AM | 02:30PM | 07.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Case 1-17-40258-nhl    Doc 17    Filed 02/06/17    Entered 02/06/17 19:43:40

**Home Health Care Service of NY Inc.**
1650 Coney Island Ave.
Brooklyn, NY 11230

02 1P
$ 000.46
0000836046    DEC 15 20
MAILED FROM ZIP CODE 112

3919  32214   209374 1666
**MZIA GELOVANI**
1816 AVE W
BROOKLYN, NY 11229


11229-470216

REMOVE SIDE EDGES FIRST
THEN FOLD AND TEAR THIS STUB ALONG PERFORATION



**Home Health Care Service of NY Inc.**
1650 Coney Island Ave.
Brooklyn, NY 11230
(718) 336-7110

MZIA GELOVANI
Emp Id: 32214
Hire Date: 06/16/16

Check Number: 209717
Check Date: 12/23/16
Period Begin: 12/10/16
Period End: 12/16/16

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 21.00 | 10.00 | 210.00 | 4,610.00 |
| Overtime | 0.00 |  | 0.00 | 290.00 |
| OT Premium | 0.00 |  | 0.00 | 145.00 |
|  | 21.00 |  | 210.00 | 5,045.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-2 | 210.00 | 0.00 | 285.42 |
| OASDI |  | 210.00 | 13.02 | 312.79 |
| Medicare |  | 210.00 | 3.04 | 73.15 |
| New York SITW | M-2 | 210.00 | 0.78 | 63.91 |
| NY Disability - EE |  | 210.00 | 0.60 | 13.20 |
| New York, NY (Res) | M-2 | 210.00 | 1.25 | 48.17 |
|  |  |  | 18.69 | 796.64 |

### Payment Summary for Check 209717

| | |
|---|---|
| Total Gross Pay | 210.00 |
| Federal Taxes | -16.06 |
| State and Local Taxes | -2.63 |
| Other Deductions | 0.00 |
| Net Pay | 191.31 |
| Direct Deposits | 0.00 |
| Net Check | 191.31 |

| Time Punches | In | Out | Tot |
|---|---|---|---|
| Sat 12/10 | 07:15AM | 02:30PM | 07.00 |
| Sun 12/11 | 07:15AM | 02:30PM | 07.00 |
| Fri 12/16 | 07:15AM | 02:30PM | 07.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Home Health Care Service of NY Inc.
1650 Coney Island Ave.
Brooklyn, NY 11230

23 DEC '16
PM 12 L

02 1P          $ 000.46
0000836046   DEC 22 20
MAILED FROM ZIP CODE 112

3919 32214 209717 1623
**MZIA GELOVANI**
1816 AVE W
BROOKLYN, NY 11229

11229-470216




**Home Health Care Service of NY Inc.**
1650 Coney Island Ave.
Brooklyn, NY 11230
(718) 336-7110

**MZIA GELOVANI**

| | | |
|---|---|---|
| Emp Id | 32214 | |
| Hire Date | 06/16/16 | |

| Check Number | 210062 |
|---|---|
| Check Date | 12/30/16 |
| Period Begin | 12/17/16 |
| Period End | 12/23/16 |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 21.00 | 10.00 | 210.00 | 4,820.00 |
| Overtime | 0.00 | | 0.00 | 290.00 |
| OT Premium | 0.00 | | 0.00 | 145.00 |
| | 21.00 | | 210.00 | 5,255.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-2 | 210.00 | 0.00 | 285.42 |
| OASDI | | 210.00 | 13.02 | 325.81 |
| Medicare | | 210.00 | 3.05 | 76.20 |
| New York SITW | M-2 | 210.00 | 0.78 | 64.69 |
| NY Disability - EE | | 210.00 | 0.60 | 13.80 |
| New York, NY (Res) | M-2 | 210.00 | 1.25 | 49.42 |
| | | | 18.70 | 815.34 |

### Payment Summary for Check 210062

| | |
|---|---|
| Total Gross Pay | 210.00 |
| Federal Taxes | -16.07 |
| State and Local Taxes | -2.63 |
| Other Deductions | 0.00 |
| Net Pay | 191.30 |
| Direct Deposits | 0.00 |
| Net Check | 191.30 |

| Time Punches | In | Out | Tot |
|---|---|---|---|
| Sat 12/17 | 07:15AM | 02:30PM | 07.00 |
| Sun 12/18 | 07:15AM | 02:30PM | 07.00 |
| Fri 12/23 | 07:15AM | 02:30PM | 07.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**Home Health Care Service of NY Inc.**
1650 Coney Island Ave.
Brooklyn, NY 11230

3919  32214   210062 1609
**MZIA GELOVANI**
1816 AVE W
BROOKLYN, NY 11229

11229-470216




**Home Health Care Service of NY Inc.**
1650 Coney Island Ave.
Brooklyn, NY 11230
(718) 336-7110

MZIA GELOVANI
Emp Id: 32214
Hire Date: 06/16/16

Check Number: 210746
Check Date: 01/06/17
Period Begin: 12/24/16
Period End: 12/30/16

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Holiday | 7.00 | 12.00 | 84.00 | 84.00 |
| Regular | 14.00 | 10.00 | 140.00 | 140.00 |
| | 21.00 | | 224.00 | 224.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-2 | 224.00 | 0.00 | 0.00 |
| OASDI | | 224.00 | 13.89 | 13.89 |
| Medicare | | 224.00 | 3.25 | 3.25 |
| New York SITW | M-2 | 224.00 | 1.34 | 1.34 |
| NY Disability - EE | | 224.00 | 0.60 | 0.60 |
| New York, NY (Res) | M-2 | 224.00 | 1.52 | 1.52 |
| | | | 20.60 | 20.60 |

### Payment Summary for Check 210746

| | |
|---|---|
| Total Gross Pay | 224.00 |
| Federal Taxes | -17.14 |
| State and Local Taxes | -3.46 |
| Other Deductions | 0.00 |
| Net Pay | 203.40 |
| Direct Deposits | 0.00 |
| Net Check | 203.40 |

| Time Punches | In | Out | Tot |
|---|---|---|---|
| Sat 12/24 | 07:15AM | 02:30PM | 07.00 |
| Sun 12/25 | 07:15AM | 02:30PM | 07.00 |
| Fri 12/30 | 07:15AM | 02:30PM | 07.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Home Health Care Service of NY Inc.
1650 Coney Island Ave.
Brooklyn, NY 11230

3919  32214  210746 1607
**MZIA GELOVANI**
1816 AVE W
BROOKLYN, NY 11229

11229-470216

**Home Health Care Service of NY Inc.**
1650 Coney Island Ave.
Brooklyn, NY 11230
(718) 336-7110

MZIA GELOVANI
Emp Id: 32214
Hire Date: 06/16/16

Check Number: 211094
Check Date: 01/13/17
Period Begin: 12/31/16
Period End: 01/06/17

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Holiday | 7.00 | 12.00 | 84.00 | 168.00 |
| Regular | 7.00 | 10.00 | 70.00 | 287.00 |
| Regular | 7.00 | 11.00 | 77.00 | |
| | 21.00 | | 231.00 | 455.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-2 | 231.00 | 0.00 | 0.00 |
| OASDI | | 231.00 | 14.32 | 28.21 |
| Medicare | | 231.00 | 3.35 | 6.60 |
| New York SITW | M-2 | 231.00 | 1.62 | 2.96 |
| NY Disability - EE | | 231.00 | 0.60 | 1.20 |
| New York, NY (Res) | M-2 | 231.00 | 1.65 | 3.17 |
| | | | 21.54 | 42.14 |

### Payment Summary for Check 211094

| | |
|---|---|
| Total Gross Pay | 231.00 |
| Federal Taxes | -17.67 |
| State and Local Taxes | -3.87 |
| Other Deductions | 0.00 |
| Net Pay | 209.46 |
| Direct Deposits | 0.00 |
| Net Check | 209.46 |

| Time Punches | In | Out | Tot |
|---|---|---|---|
| Sun 01/01 | 07:15AM | 02:30PM | 07.00 |
| Fri 01/06 | 07:15AM | 02:30PM | 07.00 |
| Sat 12/31 | 07:15AM | 02:30PM | 07.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Home Health Care Service of NY Inc.
1650 Coney Island Ave.
Brooklyn, NY 11230

13 JAN '17
PM 10 L

02 1P    $ 000
0000836046    JAN 12
MAILED FROM ZIP CODE 11

3919 32214 211094 1576
**MZIA GELOVANI**
1816 AVE W
BROOKLYN, NY 11229

11229-470216