# Tirelli & Wallshein, LLP

| | |
|---|---|
| Westchester Financial Center | 115 Broad Hollow Road |
| 50 Main Street, 10th Floor | Suite 350 |
| White Plains, New York 10606 | Melville, NY 11747 |
| Phone (914)732-3222 | (631)824-6555 |

Linda M. Tirelli*
Charles H. Wallshein**

*Admitted CT, USDCCT, SDNY, EDNY and SCOTUS
**Admitted NY, USDC EDNY

July 6, 2017

Judge Nancy Hershey Lord
United States Bankruptcy Court – EDNY
271-C Cadman Plaza East
Brooklyn, NY 11201

**<u>Re.: Mzia Gelovani</u>**
**<u>Case No.: 17-40258</u>**

Dear Judge Lord:

Please be advised this law office represents the Debtor, **Mzia Gelovani,** in regards to the filing of a Chapter 13 bankruptcy.

On consent of all parties, all matters scheduled for July 11th, 2017 have been adjourned to **August 15th, 2017 at 2:00 PM.** This adjournment has been made with permission from Ms. Angela Howard of Your Honor's Chambers.

Thank you for your kind attention to this matter. Please do not hesitate to contact this office should you have any questions or concerns.

Very truly yours,<br>
/s/ Jenna Giorgi<br>
Jenna Giorgi<br>
Paralegal

CC: Miriam Rosenblatt, Esq.